IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-00203-D

**Kimberly M. Carlisle**,

    Plaintiff,

v.

**Abram Wiebe and Miner Excavating and Trucking Ltd.**,

    Defendants.

**Order**

    This matter comes before the court on Defendants' motion to excuse their attendance at the settlement conference scheduled for August 2, 2023. D.E. 45.

    For good cause shown, the court grants the motion.

    Defendant Abram Wiebe and Ryan Miner, owner of Miner Excavating and Trucking, Ltd., are excused from attendance at the settlement conference.

    The liability adjuster may attend the settlement conference remotely by videoconference. Counsel for Defendants shall contact the undersigned's case manager to make arrangements with the court's IT department for the videoconference.

Dated: July 6, 2023.

*Robert T. Numbers II*
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE